D. Michael Reilly, WSBA No. 14674
Robert J. Guite, WSBA No. 25753
LANE POWELL PC
1420 Fifth Avenue Suite 4100
Seattle, WA 98101-2338
Telephone: (206) 223-7000
Facsimile: (206) 223-7107

HONORABLE EDWARD F. SHEA

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

| | |
|---|---|
| LARRY M. NORD,<br><br>    Plaintiff,<br><br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a foreign corporation doing business in the State of Washington,<br><br>    Defendant. | No. CV-04-0450-EFS<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>CLERK'S ACTION REQUESTED |

## STIPULATION

The parties stipulate to entry of the subjoined Order without further notice to any party.

DATED this 5th day of July, 2005.

STIPULATION AND ORDER OF DISMISSAL - 1

Case No. CV-04-0450-EFS

100447.0093/1208177.1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

| | |
|---|---|
| LANE POWELL PC | PAUKERT & SHERMAN, PLLC |

By /s/ Robert J. Guite
   D. Michael Reilly, WSBA #14674
   Robert J. Guite, WSBA #25753
Attorneys for Defendant

By /s/ Kathleen H. Paukert
   Kathleen H. Paukert, WSBA #20247
   Attorney for Plaintiff

## ORDER

Pursuant to the parties' stipulation, it is

ORDERED that based upon the parties' stipulation and the pleadings and files in this case, the Court orders as follows:

1.   All of the claims of the plaintiff against the defendant are hereby **Dismissed with Prejudice**; and

2.   The parties are each to bear their own attorneys' fees and costs.

DATED this __25th__ day of __August__, 2005.

                                          s/ Edward F. Shea
                                      HONORABLE EDWARD F. SHEA

Presented by:

LANE POWELL PC

By /s/ Robert J. Guite
   D. Michael Reilly, WSBA #14674
   Robert J. Guite, WSBA #25753
Attorneys for Defendant

STIPULATION AND ORDER OF DISMISSAL - 2

Case No. CV-04-0450-EFS

100447.0093/1208177.1

**LANE POWELL PC**
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

1

2  Approved as to Form; Notice of Presentation Waived:

3  PAUKERT & SHERMAN, PLLC

4

5

6  By /s/ Kathleen H. Paukert
   Kathleen H. Paukert, WSBA #20247
Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

STIPULATION AND ORDER OF DISMISSAL - 3

Case No. CV-04-0450-EFS

100447.0093/1208177.1

**Lane Powell PC**
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000